Case 4:13-cv-00331-SWW Document 63 Filed 10/20/14 Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 20 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EUSEBIO HERNANDEZ ANTONIO                                PLAINTIFF

VS.                  NO. 4:13-CV-331SWW

DOC HOLLADAY, ET AL                              DEFENDANTS

## ORDER OF DISMISSAL OF COUNTY DEFENDANTS WITH PREJUDICE

THE Defendants, CHARLES "DOC" HOLLADAY, RANDY MORGAN, NANCY BRAWLEY, WESLEY TYRA, and JAMES FOSTER, in their individual capacities, are hereby dismissed with prejudice, with all parties to bear their own costs.

_____
Susan Webber Wright
United States District Judge

Date: 10-20-2014

APPROVED:

/s/ Charles Daniel Hancock
Arkansas Bar No. 2001-022
Hancock Law Firm
610 East 6th Street
Little Rock, Arkansas 72202
501.372.6400 phone
501.372.6401 facsimile
Email: Hancock@hancocklawfirm.com
Attorneys for Plaintiff

1

/s/ Robert Tellez
AR Bar No. 2007281
Monterrey & Tellez Law Firm P.L.L.C.
615 W. Markham, Ste. 200
Little Rock, Arkansas 72201
Office – (501) 353-2730
Fax – (866) 826-1260
robert.tellez@monterrey-tellez.com
Attorneys for Plaintiff

Jamie Huffman Jones, 2003125
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
(501) 376-2011
jjones@fridayfirm.com
Attorneys for separate Defendants
James Foster and Wesley Tyra

Fuqua Campbell, P.A.
Attorneys at Law
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
501-374-0200
Attorneys for County Defendants,
Holladay, Morgan, Brawley

/s/ David M. Fuqua
By: David M. Fuqua
Ark.  Bar No. 80048
E-mail: dfuqua@fc-lawyers.com