# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| EUSEBIO HERNANDEZ ANTONIO | * |
| | * |
| Plaintiff | * |
| | * |
| V. | * |
| | *   NO: 4:13CV00331  SWW |
| DOC HOLIDAY, individually and in his | * |
| official capacity as Sheriff of Pulaski | * |
| County, Arkansas; ET AL. | * |
| | |
| Defendants | |

## **ORDER**

The Plaintiff's complaint, as amended, against defendants United States of America, FBI Agent Lance Smythe, John Doe 2, John/Jane Doe 3 and John /Jane Doe 4, in their individual and official capacities, is hereby dismissed with prejudice, with all parties to bear their own costs.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

Approved:

/s/ Charles Daniel Hancock
_____
Charles Daniel Hancock
Attorney for Plaintiff