# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| EUSEBIO HERNANDEZ ANTONIO | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:13CV00331 SWW |
| DOC HOLIDAY, individually and in his | * | |
| official capacity as Sheriff of Pulaski | * | |
| County, Arkansas; ET AL. | * | |
| | | |
| Defendants | | |

## **ORDER**

Having entered stipulated orders of dismissal as to all claims and parties joined in this action, the Court finds that this action should be and it is hereby DISMISSED WITH PREJUDICE.   All pending motions are DENIED AS MOOT.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE